# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
10/31/14

| | |
|---|---|
| United States of America<br>v.<br>Jesus Sanchez-Patron,<br>a.k.a.: Jesus Patron-Sanchez,<br>(A 087 544 090)<br>*Defendant* | Case No. 14-561 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of October 26, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Elaine Whiffen, P.S. for AUSA Maria R. Gutierrez

☒ Continued on the attached sheet.

*Complainant's signature*
Scott Kessler,
Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2014

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Count 1

Jesus Sanchez-Patron, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about September 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On October 26, 2014, at or near Phoenix, Arizona, in the District of Arizona, Jesus Sanchez-Patron, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

# STATEMENT OF PROBABLE CAUSE

I, Scott Kessler, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 26, 2014, Jesus Sanchez-Patron was encountered at the Maricopa County Jail (MCJ) intake facility in Phoenix, Arizona. While incarcerated at the MCJ, Sanchez-Patron was examined by ICE Agent Karakey who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 30, 2014, Sanchez-Patron was released and then transported to the Phoenix ICE office for further investigation and processing. Sanchez-Patron was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Sanchez-Patron to be a citizen of Mexico and a previously deported criminal alien. Sanchez-Patron was removed from the United States to Mexico through Calexico, California, on or about September 14, 2012, pursuant to the reinstatement of an expedited order of removal issued by an immigration official. There is no record of Sanchez-Patron in any Department of Homeland Security database to suggest that he obtained permission from the Secretary

2

of the Department of Homeland Security to return to the United States after his removal. Sanchez-Patron's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Jesus Sanchez-Patron in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Sanchez-Patron presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Sanchez-Patron entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Sanchez-Patron immigration history was matched to him by electronic fingerprint comparison.

5. On October 30, 2014, Jesus Sanchez-Patron was advised of his constitutional rights. Sanchez-Patron freely and willingly acknowledged his rights and provided a statement under oath. Sanchez-Patron stated that his true and complete name is Jesus Sanchez-Patron and that he is a citizen of Mexico. Sanchez-Patron stated that he entered the United States illegally on an unknown date two years ago, thru Sonoyta. Sanchez-Patron further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

3

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 26, 2014, Jesus Sanchez-Patron, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about September 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on October 26, 2014, at or near Phoenix, in the District of Arizona, Jesus Sanchez-Patron, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

---

Scott Kessler,
Immigration Enforcement Agent,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 31st day of October, 2014.

---

Michelle H. Burns,
United States Magistrate Judge